UNITED STATES DISTRICT COURT

For the Western District of Oklahoma

FILED

FEB 20 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ *naa*_____, DEPUTY

Anthony Mills

Plaintiff

v.

Complaint

Case No. CIV-26-322SLP

Arlene Bluth

Defendant

------------------------------------------------------------------

1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss 100269/2023, causing unreasonable cost to the parties,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands jury trial and $1 Million against Defendant.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 2/1/26

Anthony Mills